In light of the parties' stipulation of dismissal, the Court finds dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) to be appropriate. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DIMEGLIO, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

KUIU, LLC,

Defendant.

August 2, 2023
New York, New York

No.: 1:23-cv-5215

_____
JOHN P. CRONAN
United States District Judge

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, with each party to bear its own fees and costs.

Dated: July 28, 2023
New York, New York

_____
Mark Rozenberg

STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Phone: (201) 282-6500

*Attorneys for Plaintiff*

Dated: August 1, 2023
New York, New York

_____
Krista E. Bolles

DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
bolles.krista@dorsey.com
(212) 415-9304

Kent Schmidt
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Email: schmidt.kent@dorsey.com
Phone: (714) 800-1445

*Attorneys for Defendant*

9

Document Ref: MQLEJ-KMSS9-JBNNU-TWRD6